**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Brenda J Martin |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Illinois (State) |
| Case number | 14-40134 |

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** Ocwen Loan Servicing, LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York, as Successor Trustee to JPMorgan Chase Bank, N.A., successor by merger to Chase Bank of Texas, National Association for Saxon Asset Securities Trust 2000-1, Mortgage Loan Asset Backed Certificates, Series 2000-1

**Court claim no.** (if known): 

**Last 4 digits** of any number you use to identify the debtor's account: 1024

**Property address:** 8832 S. Constance Avenue
Number    Street

Chicago    IL    60617
City    State    Zip Code

## Part 2: Prepetition Default Payments

*Check one:*

■ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

❑ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

## Part 3: Postpetition Mortgage Payment

*Check one:*

❑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: _____
MM / DD / YYYY

■ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of , is:

a. Total postpetition ongoing payments due:    (a) $918.32

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) _____

c. Total. Add lines a and b.    (c) $918.32

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became

due on: 06/01/2017
MM / DD / YYYY

| Debtor 1 | Brenda J Martin | Case number *(if known)* | 14-40134 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

- ❏ I am the creditor.
- ■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| x | /s/ Jose Moreno | Date | 7/31/2017 |
|---|---|---|---|
| | Signature | | |

| Print | Jose Moreno | Title | Attorney for Creditor |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

| Company | Codilis & Associates, P.C. |
|---|---|

**If different from the notice address listed on the proof of claim to which this response applies:**

| Address | 15W030 North Frontage Road, Suite 100 |
|---|---|
| | Number   Street |

| | Burr Ridge | IL | 60527 |
|---|---|---|---|
| | City | State | ZIP Code |

| Contact phone | (630) 794-5300 | Email | ND-One@il.cslegal.com |
|---|---|---|---|

File #14-15-04598

14-40134

# CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on July 31, 2017 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on August 1, 2017.

Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 by electronic notice through ECF
Brenda J Martin, Debtor(s), 8832 S Constance, Chicago, IL 60617
Alexander Tynkov, Attorney for Debtor(s), 111 West Washington Suite 1550, Chicago, IL 60602 by electronic notice through ECF
Office of U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604 by electronic notice through ECF


          /s/ Jose Moreno


Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
 **C&A FILE (14-15-04598)**

NOTE: This law firm is a debt collector.

| Due date | Due amount | Recd date |
|---|---|---|
| 8/1/2016 | $788.08 | 4/5/2017 |
| 9/1/2016 | $788.08 | 04/07/17 |
| 10/1/2016 | $788.08 | 04/21/17 |
| 11/1/2016 | $788.08 | 04/22/17 |
| 12/1/2016 | $788.08 | 05/17/17 |
| 1/1/2017 | $788.08 | 05/19/17 |
| 2/1/2017 | $788.08 | 06/19/17 |
| 3/1/2017 | $788.08 | 06/20/17 |
| 4/1/2017 | $788.08 | 07/14/17 |
| 5/1/2017 | $788.08 | Suspense balance as of 04/05/2017-Agreed order(Docket# 30) |
| 6/1/2017 | $823.01 | |
| 7/1/2017 | $823.01 | |
| **Total due** | **$9,526.82** | **Total paid** |

| Recd amount |
| --- |
| $ 3,000.00 |
| $ 778.00 |
| $ 431.88 |
| $ 441.96 |
| $ 443.26 |
| $ 788.08 |
| $ 790.00 |
| $ 433.88 |
| $ 788.08 |
| $ 713.36 |
| |
| |
| **$8,608.50** |
| |